# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JESSICA L. WILLIAMSON, PhD,** )<br>3651 Sandy Brook Drive, #301, )<br>Round Rock, Texas 78665, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**SAFEWAY, INC.,** )<br>11555 Dublin Canyon Road, )<br>Pleasanton, CA 94588, )<br>)<br>)<br>**Defendant.** ) | Case No. 1:22-cv-001134<br>Formerly Case No. 2022 CA 001274 B<br>Superior Court for the<br>District of Columbia |

## NOTICE OF REMOVAL

Defendant Safeway, Inc.[1] ("Defendant" or "Safeway"), by and through its undersigned attorneys, KIERNAN TREBACH LLP, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove the above-captioned matter to this Court. The grounds for removal are set forth below.

### Nature of Plaintiff's Claim

1. On or about March 22, 2022, Plaintiff Jessica L. Williamson, PhD ("Plaintiff"), proceeding *pro se*, filed the above action against Defendant in the Civil Division of the Superior Court for the District of Columbia, under Case No. 2022 CA 001274 B. In accordance with 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served in the Superior Court for the District of Columbia as of this date are attached hereto as **Exhibit A**.

2. The Complaint alleges that Plaintiff sustained injury as a result of an unspecified assault at the Safeway store located at 3830 Georgia Avenue, NW, Washington, D.C. 20011 (the "Store").

---

[1] Incorrectly identified in the Complaint as "Safeway."

3. The Complaint asserts two counts of negligence against Safeway.

## Procedural Posture

4. This action was initiated by Plaintiff on or about March 22, 2022.

5. Upon information and belief, Defendant was served through its resident agent in the District of Columbia via certified mail on April 18, 2022.

6. The Notice of Removal of this case to the United States District Court is being timely filed by Defendant within thirty (30) days after service was purportedly effected on it on April 18, 2022 pursuant to 28 U.S.C. § 1446(b)(2)(B).

## Parties

7. Plaintiff alleges in Paragraph 1 of the Complaint that she is an individual residing in Round Rock, Texas. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Plaintiff is a citizen of Texas.

8. Defendant Safeway, Inc. is a Delaware corporation with its principal place of business in California. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Safeway is a citizen of Delaware and California.

## Jurisdiction and Venue

9. This action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a), (b) and (c).

10. This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a). Section 1332(a) provides in pertinent part as follows:

> (a) The district courts shall have original jurisdiction of all
> civil actions where the matter in controversy exceeds the

      sum or value of $75,000, exclusive of interest and costs, and is between-

      (1)  citizens of different States....

11.  Plaintiff is a citizen of Texas, and Defendant Safeway, Inc. is a citizen of Delaware and California.

12.  Plaintiff's Complaint seeks damages in the amount of Fifteen Million Five Hundred Thousand Dollars ($15,500,000.00).

13.  Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446(a), this Court has original jurisdiction over this action because the amount in controversy exceeds $75,000.00 and because this action is between citizens of different states.

14.  Venue is proper because this district embraces the jurisdiction in which Plaintiff initiated her lawsuit and the jurisdiction in which the alleged incident occurred.

15.  There are no other defendants to this lawsuit.

16.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court for the District of Columbia, and served along with written notice mailed to Plaintiff's address of record.  A copy of the Notice to the Clerk of Removal is attached hereto as **Exhibit B**.

17.  No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendant.

WHEREFORE, Defendant Safeway, Inc. hereby removes the above-captioned action, which is now pending in the Superior Court for the District of Columbia.

DATED this 25th day of April, 2022.

                                              Respectfully submitted,

                                              /s/ Justin M. Cuniff_____
Justin M. Cuniff, Esq. # 499196
Carlos A. Uria, Esq. #1033890
Kiernan Trebach LLP
One Park Place, Suite 425
Annapolis, MD 21401
Telephone: (443) 263-2800
Facsimile:  (443) 263-2935
Email:  jcuniff@kiernantrebach.com
Email: auria@kiernantrebach.com
*Counsel for Defendant Safeway, Inc.*

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| JESSICA L. WILLIAMSON, PhD, ) <br> 3651 Sandy Brook Drive, #301, ) <br> Round Rock, Texas 78665, ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> SAFEWAY, INC., ) <br> 11555 Dublin Canyon Road, ) <br> Pleasanton, CA 94588, ) <br> ) <br> ) <br>     **Defendant.** ) | <br><br><br><br><br><br> Case No. _____ <br> Formerly Case No. 2022 CA 001274 B <br> Superior Court for the <br> District of Columbia |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of April, 2022, a copy of the foregoing *Notice of Removal* was served via first class mail upon:

Jessica L. Williamson, PhD
3651 Sandy Brook Drive, #301
Round Rock, Texas 78665
*Pro Se Plaintiff*

                                                                                  /s/ Justin M. Cuniff_____
                                                                                   Justin M. Cuniff, Esq. # 499196
                                                                                    Carlos A. Uria, Esq. #1033890
                                                                                    Kiernan Trebach LLP
                                                                                    One Park Place, Suite 425
                                                                                    Annapolis, MD 21401
                                                                                    Telephone: (443) 263-2800
                                                                                    Facsimile:  (443) 263-2935
                                                                                    Email: jcuniff@kiernantrebach.com
                                                                                    Email: auria@kiernantrebach.com
                                                                                    *Counsel for Defendant Safeway, Inc.*